

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00285-CV

| | | |
|---|---|---|
| CHESTER WILDER AND CAROLYN WILDER, Appellants | § | On Appeal from |
| | § | County Court at Law No. 3 |
| v. | § | of Tarrant County (2017-005058-3) |
| | § | September 26, 2019 |
| JOHNSTON CUSTOM HOMES, INC. AND JEROLD B. JOHNSTON, Appellees | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM